UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNDRA H. MARTIN** | **CIVIL ACTION** |
| versus | **NO. 13-4854** |
| **N. BURL CAIN** | **SECTION: "I" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Undra Martin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Undra H. Martin** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of August, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE